JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BRUCE WILLIAMS, | Case No. CV 08-00471-GW (JCR) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Denying Request for Extension of Time to File Habeas Corpus Petition, and Summarily Dismissing Matter Without Prejudice, Petitioner's request is denied and the case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 19, 2008

GEORGE H. WU
UNITED STATES DISTRICT JUDGE